IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD J. CRANE, | |
| Plaintiff, | No. 2:11-cv-0663 KJM CKD P |
| vs. | |
| MIKE McDONALD, et al., | |
| Defendants. | ORDER |

To: Director of the California Department of Corrections and Rehabilitation, 1515 S Street, Sacramento, California 95814:

On November 2, 2011, this court issued an order granting plaintiff's request for in forma pauperis status (Dkt. No. 16), and a concurrent order directing CDCR to collect an initial filing fee and monthly payments from plaintiff's inmate trust account (Dkt. No. 17). The docket reflects that, on August 3, 2012, plaintiff paid the $350.00 filing fee in full. Accordingly, the court will order CDCR to cease collecting monthly payments from plaintiff's trust account in connection with this action. (Court records reflect that, to date, the court has received no such payments.)

\\\\\

\\\\\

1

Good cause appearing therefore, IT IS HEREBY ORDERED that:

1. Plaintiff's in forma pauperis status is revoked for purposes of this action only, due to his August 3, 2012 payment of the filing fee;

2. The Director of the California Department of Corrections and Rehabilitations and/or a designee shall cease collecting monthly payments from plaintiff's prison trust account in connection with this action;

3. The Clerk of the Court is directed to serve a copy of this order on Director, California Department of Corrections and Rehabilitation, 1515 S Street, Sacramento, California 95814; and

4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department of the court.

Dated: August 8, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2
cran0663.Cdc2