IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD JOSEPH CRANE,

    Plaintiff,               No. 2:11-cv-0663 KJM CKD P

    vs.

MIKE McDONALD, et al.,

    Defendants.        <u>ORDER</u>

                              /

        Plaintiff has requested a second extension of time to file objections to the February 6, 2013 findings and recommendations. Good cause appearing, the court will grant this request. However, plaintiff is cautioned that arguments and/or evidence on matters other than plaintiff's alleged denial of outdoor exercise will be disregarded.

        Plaintiff also seeks to modify the December 3, 2012 scheduling order to grant him until April 22, 2013 to file a motion to compel discovery. Good cause appearing, the court will so modify the order. However, the period in which to serve discovery requests has closed and will not be reopened. (<u>See</u> Dkt. No. 59.)

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's motion for an extension of time (Docket No. 61) is granted;

        2. Plaintiff is granted thirty days from the date of this order in which to file and

1 serve objections to the findings and recommendations. No further extensions will be granted;
2 and
3    3.  Plaintiff may file a motion to compel discovery no later than April 22, 2013.

Dated: March 25, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/kly
cran0663.36