IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD J. CRANE,

        Plaintiff,                      No.  2:11-cv-0663 KJM CKD P

        vs.

MIKE McDONALD, et al.,

        Defendants.             ORDER

        _____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On February 6, 2012, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  On March 25, 2013, plaintiff was granted a thirty-day extension of time to file objections and advised that no further extensions would be granted.  Plaintiff did not file objections within this period.

        The court presumes that any findings of fact are correct.  *See Orand v. United States,* 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir.

1

1983). Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 6, 2013, are adopted in full; and

2. Plaintiff's motion for preliminary injunction (Dkt. No. 31) is denied.

DATED: June 27, 2013.

UNITED STATES DISTRICT JUDGE