IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD J. CRANE,

    Plaintiff,

v.

MIKE MCDONALD, et al.,

    Defendants.

Case No. 2:11-cv-0663 KJM CKD P

ORDER

    Defendants' third request to modify the scheduling order and extend time to file a motion for summary judgment (ECF No. 73) was considered by this court, and good cause appearing,

    IT IS HEREBY ORDERED that defendants are granted an additional nineteen days, to and including September 3, 2013, to file their motion for summary judgment. Plaintiff's response to the motion is due forty-five days thereafter. (See ECF No. 72.)

Dated: August 20, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE