1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RICHARD J. CRANE,                          No.  2:11-cv-0663 KJM CKD P

12                  Plaintiff,

13          v.                                   ORDER

14   MIKE McDONALD, et al.,

15                  Defendants.

16

17

18          Plaintiff has filed a motion for judicial notice of certain court records filed in other

19   actions.  (ECF No. 97.)  As these records have no bearing on the instant action, the undersigned

20   declines to take judicial notice of these documents.

21          Accordingly, plaintiff's motion for judicial notice (ECF No. 97) is denied.

22   Dated:  September 23, 2014

23                                               _____

24                                               CAROLYN K. DELANEY
                                                 UNITED STATES MAGISTRATE JUDGE
25

26

27   2 / cran0663.ord3

28