UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JOSEPH CRANE,<br><br>Plaintiff,<br><br>v.<br><br>MIKE McDONALD, et al.,<br><br>Defendants. | No.  2:11-cv-0663 KJM CKD P<br><br><br><br>ORDER |

On October 2, 2014, plaintiff constructively filed a motion for reconsideration of the court's order declining to take judicial notice of certain records.  This civil rights action was closed on September 30, 2014.  Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

Dated:  October 15, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / cran0663.58