UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD J. CRANE, | No. 2:11-cv-0663 KJM CKD P |
| Plaintiff, | |
| v. | ORDER |
| MIKE EVANS, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action under 42 U.S.C. § 1983. Plaintiff has requested that this court reconsider its September 30, 2014 order granting defendants' motion for summary judgment. He has filed two separate documents in support of his request, each of which the court has considered.

A district court may reconsider a ruling under either Federal Rule of Civil Procedure 59(e) or 60(b). *See Sch. Dist. Number. 1J, Multnomah County v. ACandS, Inc.*, 5 F.3d 1255, 1262 (9th Cir. 1993). "Reconsideration is appropriate if the district court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law." *Id.* at 1263. Here, the September 30, 2014 decision was not clearly erroneous nor manifestly unjust, and none of the other factors applies.

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for reconsideration (ECF No. 108) is denied.

DATED: February 24, 2015.

_____
UNITED STATES DISTRICT JUDGE